Jeffrey JENKINS, Plaintiff–Appellant,

v.

Rufus R. FLEMING, Regional Director,
Commonwealth of Virginia, Department of Corrections, Division of Operations, Eastern Region; Eddie Pearson, Chief Warden, Sussex II State Prison, Commonwealth of Virginia, Department of Corrections, Defendants–Appellees,

and

Commonwealth of Virginia; Commonwealth of Virginia Department of Corrections, Division of Operations, Eastern Region, Defendants.

No. 01–7085.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 23, 2002.

Decided Feb. 5, 2002.

Jeffrey Jenkins, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

PER CURIAM.

Jeffrey Jenkins seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Jenkins v. Fleming,* No. CA–01–269–AM (E.D. Va. filed May 29, 2001; entered May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*